IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| WILLIAN FABIAN MAZABANDA POAQUIZA, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-126-KC |
| MARY DE ANDA-YBARRA et al., | § § § | |
| Respondents. | § § | |

## SHOW CAUSE ORDER & PREVENTING PETITIONER'S REMOVAL FROM THE COUNTRY & DISTRICT

On this day, the Court considered Willian Fabian Mazabanda Poaquiza's Petition for a Writ of Habeas Corpus, ECF No. 1. Mazabanda Poaquiza is detained at the ERO El Paso Camp East Montana detention center in El Paso, Texas. *Id.* ¶ 10. He argues that his detention is unlawful and asks the Court to order his release or a bond hearing. *Id.* ¶¶ 56–83. He also asks that Respondents be prevented from moving him out of the District. *Id.* at 19.

Mazabanda Poaquiza entered the United States in 2023, at which time he turned himself in to Immigration and Customs Enforcement ("ICE"). *Id.* ¶ 46. ICE released him on his own recognizance. *Id.* ¶ 47. ICE detained Mazabanda Poaquiza again on January 9, 2026, in Minneapolis, Minnesota. *Id.* ¶¶ 51–52. As alleged, his case appears materially indistinguishable from several others in which this Court has found a procedural due process violation. *See, e.g.*, *Lopez-Arevelo v. Ripa*, No. 25-cv-337-KC, 2025 WL 2691828, at *1–13 (W.D. Tex. Sept. 22, 2025). Of course, Respondents are nevertheless permitted to state their position before a ruling. In doing so, Respondents are encouraged to avoid boilerplate arguments that this Court has already rejected. Absent new authority, they may assume that the Court's position on the law

has not changed and explain whether the facts of Mazabanda Poaquiza's case warrant a different outcome.

Accordingly, Respondents are **ORDERED** to **SHOW CAUSE** by <u>**no later than January 29, 2026**</u>, why the application for a writ of habeas corpus should not be granted. *See Lopez-Arevelo v. Ripa*, No. 3:25-cv-337-KC, 2025 WL 3254930, at *2 & n.1 (W.D. Tex. Aug. 26, 2025). The Court will set this matter for a hearing and order additional briefing deadlines, if necessary, upon review of the show cause response.

**IT IS FURTHER ORDERED**, under the Court's inherent authority to preserve and assess its own jurisdiction, that Respondents **SHALL NOT** (1) remove or deport Mazabanda Poaquiza from the United States, or (2) transfer Mazabanda Poaquiza to any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed. *See Alves v. U.S. Dep't of Just.*, No. 3-25-cv-306-KC, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

**IT IS FURTHER ORDERED** that to the extent Respondents have not been served, the Clerk of the Court shall **SERVE** copies of the Petition and this Order upon Respondents through their counsel. *See* Habeas Rule 4 ("[T]he clerk must serve a copy of the petition and any order on the respondent[s] . . . .").

**SO ORDERED**.

**SIGNED** this 22nd day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2