IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| WILLIAN FABIAN MAZABANDA POAQUIZA, §§§§ Petitioner, §§ v. § MARY DE ANDA-YBARRA et al., §§§§ Respondents. § | CAUSE NO. EP-26-CV-126-KC |

## ORDER

On this day, the Court considered Mazabanda Poaquiza's Motion to Enforce Judgment ("Motion"), ECF No. 8. On January 30, 2026, the Court granted in part Mazabanda Poaquiza's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Jan. 30, 2026, Order 3, ECF No. 5. Respondents then informed the Court that an Immigration Judge ("IJ") granted Mazabanda Poaquiza a $3,000 bond. Status Report, ECF No. 6.

Mazabanda Poaquiza now seeks that the Court order Respondents to immediately remove his ankle monitor because such monitoring contravenes the IJ's bond order. *See* Mot. 1. In support, Mazabanda Poaquiza cites this Court's recent decision in *Montes Aguillon v. Bondi*, No. 3:26-cv-71-KC, 2026 WL 531899, at *2 (W.D. Tex. Feb. 25, 2026), arguing it is "materially indistinguishable." Mot. 2. In *Montes Aguillon*, this Court ordered Respondents to remove a petitioner's ankle monitor after an IJ granted release on bond because Respondents did "not have the statutory or regulatory authority to impose additional conditions of release not ordered by the

IJ." *Montes Aguillon*, 2026 WL 531899, at *2. Mazabanda Poaquiza's case appears materially indistinguishable from *Montes Aguillon*.

Thus, the Court **ORDERS** that Respondents shall either: (1) **REMOVE** Mazabanda Poaquiza's ankle monitor, or (2) **SHOW CAUSE** explaining how Mazabanda Poaquiza's case is factually distinct from *Montes Aguillon*, **by no later than March 13, 2026**.

**SO ORDERED**.

SIGNED this 6th day of March, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE