IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| WILLIAN FABIAN MAZABANDA POAQUIZA, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-126-KC |
| MARY DE ANDA-YBARRA et al., | § § § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered Mazabanda Poaquiza's Motion to Enforce Judgment ("Motion"), ECF No. 8.  On March 6, 2026, the Court ordered Respondents to either (1) remove Mazabanda Poaquiza's ankle monitor, or (2) show cause explaining how Mazabanda Poaquiza's case is factually distinct from this Court's decision in *Montes Aguillon v. Bondi*, No. 3:26-cv-71-KC, 2026 WL 531899, at *2 (W.D. Tex. Feb. 25, 2026).  Mar. 6, 2026, Order 2, ECF No. 10.

Respondents now state that on March 9, 2026, "[they] terminated [Mazabanda Poaquiza's] alternatives to detention."  Advisory, ECF No. 11.  Thus, there are no matters left for the Court's consideration.

Accordingly, the Court **ORDERS** that the Motion to Enforce Judgment, ECF No. 8, is **DENIED as moot**.

The case shall remain closed.

**SO ORDERED**.

**SIGNED this 18th day of March, 2026.**

_____
KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE